BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2716
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:00-CR-00348 GEB |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER DISMISSING INDICTMENT** |
| v. | |
| HECTOR ROBLES-VALENCIA,. | |
| Defendant. | |

For the reasons set forth in the motion to dismiss filed by the United States, the charges against defendant **HECTOR ROBLES-VALENCIA** in the pending Indictment, are hereby DISMISSED and any outstanding arrest warrant is recalled.

**Date: 7/25/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1